UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: BARTHOLOMEW KLOPACK and<br>JANE A. KLOPACK,<br><br>Debtor(s) | §<br>§<br>§<br>§<br>§ | Case No. 09-17118 |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 4/29/2010 in Courtroom 744, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: 03/25/2010     By: /s/ Richard M. Fogel
                                                  Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654

UST Form 101-7-NFR (9/1/2009)

{000 NTC A0236578.DOC}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: KLOPACK, BARTHOLOMEW | § | Case No. 09-17118 |
| KLOPACK, JANE A | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 75,001.41 |
| *and approved disbursements of* | $ 54,110.80 |
| *leaving a balance on hand of* [1] | $ 20,890.61 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | RICHARD M. FOGEL | $ 6,250.07 | $ 36.68 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ _____ $_____ $_____
*Attorney for* _____ _____ $_____ $_____
*Accountant for* _____ _____ $_____ $_____
*Appraiser for* _____ _____ $_____ $_____
*Other* _____ _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*   *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 282,424.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Wells Fargo Bank, N.A. | $ 87,007.09 | $ 4,499.05 |
| 2 | Advanta Bank Corp | $ 21,977.30 | $ 1,136.42 |
| 3 | PYOD LLC its successors and assigns | $ 6,289.89 | $ 325.24 |
| 4 | American Express Centurion Bank | $ 3,787.13 | $ 195.83 |
| 5 | American Express Bank FSB | $ 9,087.94 | $ 469.93 |
| 6 | Chase Bank USA NA | $ 38,058.16 | $ 1,967.94 |
| 7 | Chase Bank USA, N.A. | $ 25,380.72 | $ 1,312.41 |
| 8 | Chase Bank USA, N.A. | $ 1,134.70 | $ 58.67 |
| 9 | Chase Bank USA, N.A. | $ 3,021.61 | $ 156.24 |
| 10 | Chase Bank USA, N.A. | $ 4,249.49 | $ 219.74 |
| 11 | MBF Leasing LLC | $ 719.10 | $ 37.18 |
| 12 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 14,302.24 | $ 739.55 |

**UST Form 101-7-NFR (9/1/2009)**

| 13 | Manheim Automotive Financial Services, Inc. | $ 67,409.32 | $ 3,485.66 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*
                            N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*
                            N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/RICHARD M. FOGEL
                                      Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# SHAW GUSSIS

Shaw Gussis Fishman Glantz Wolfson & Towbin LLC

March 8, 2010

**Richard M. Fogel**
Direct 312.276.1334
Fax 312.275.0578
rfogel@shawgussis.com

Cameron Gulden
Office of the U.S. Trustee
219 South Dearborn St., Suite 873
Chicago, IL 60606

     Re:    **Michael R. Collins/07-20525**
              **Peter B. McManus/09-04770**
              **Bartholomew and Jane Klopack/09-17118**

Dear Cameron:

    Enclosed are draft hard copies of the Final Report packages for the referenced Chapter 7 cases. All of the documents are ready for ECF filing after the Final Reports are approved.

    Please call me if you have any questions about these cases.

                                Very truly yours,

                                Richard M. Fogel

RMF/cak
Enclosures

{4273 LTR A0204123.DOC}

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: preed                 Page 1 of 1                  Date Rcvd: Mar 26, 2010
Case: 09-17118                 Form ID: pdf006             Total Noticed: 33
```

The following entities were noticed by first class mail on Mar 28, 2010.
```
db/jdb         +Bartholomew Klopack,    Jane A Klopack,    18140 Lake Shore Drive,    Orland Park, IL 60467-5225
aty            +Thomas W Toolis,    Jahnke, Sullivan & Toolis, LLC,    9031 West 151st Street,    Suite 203,
                 Orland Park, IL 60462-6563
tr             +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street  Suite 800,
                 Chicago, IL 60654-4766
13902760      ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
                 (address filed with court:   Advanta Bank Corp,     Po Box 844,    Spring House, PA 19477)
14278848      ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
                 (address filed with court:   Advanta Bank Corp,     c/o Becket and Lee LLP,    POB 3001,
                 Malvern PA 19355-0701)
13902761       +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
13902762       +American Express,    Box 0001,    Los Angeles, CA 90096-8000
14373673        American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
14368337        American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
13902763       +Bank Of America,    Attn: Bankruptcy NC4-105-02-77,    Po Box 26012,    Greensboro, NC 27420-6012
13902765        Capital One,    P.O. Box 6492,    Carol Stream, IL 60197-6492
13902766       +Capital One Bank,    P.O. Box 5155,    Norcross, GA 30091-5155
13902764       +Capital One Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
13902767       +Capital One, N.a.,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
13902769        Chase,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
13902768       +Chase,    Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
13902770       +Chase - Cc,    Attention: Banktruptcy Department,    Po Box 15298,    Wilmingtgon, DE 19850-5298
14476195        Chase Bank USA NA,    PO BOX 15145,    Wilmington DE 19850-5145
14501109        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13902771       +Citi,    P.o. Box 6500,    Sioux Falls, SD 57117-6500
14606165        FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
                 Oklahoma City, OK  73124-8809
13902772       +First Midwest Bank/na,    214 Washington St,    Waukegan, IL 60085-5618
14020806       +MBF Leasing LLC,    132 West 31st Street,    14th Floor,    New York, NY 10001-3406
13902773       +Manheim Auto Financial Services,    400 Northridge Rd Suite 800,    Atlanta, GA 30350-3354
14612425       +Manheim Automotive Financial Services, Inc.,    c/o Daniel P Dawson/Nisen & Elliot LLC,
                 200 W Adams St, Ste 2500,    Chicago, IL 60606-5232
14351885       +PYOD LLC its successors and assigns,    c/o Resurgent Capital Services,    Po Box 19008,
                 Greenville, SC 29602-9008
13902775        Shell,    PO Box 183018,    Columbus, OH 43218-3018
13902776        Speedway Super America,    P.B. Box 1590,    Springfield, OH 45501
13902777       +Stein & Cherney Ltd.,    205 West Randolph Street,    Chicago, IL 60606-1867
13902778       +Washington Mutual Mortgage,    Attention: Bankruptcy Dept. JAXA 2035,    7255 Bay Meadows Way,
                 Jacksonville, FL 32256-6851
14256471        Wells Fargo Bank, N.A.,    MAC S4101-08C,    100 W. Washington St., Phoenix, AZ 85003
13902779       +Wells Fargo Business Direct,    P.O.Box 348750,    Sacramento, CA 95834-8750
The following entities were noticed by electronic transmission on Mar 26, 2010.
13902774       +E-mail/Text: bankrup@nicor.com                                            Nicor Gas,
                 Attention: Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
                                                                                              TOTAL: 1
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 28, 2010**                    **Signature:**     *Joseph Speetjens*