**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: KLOPACK, BARTHOLOMEW<br>       KLOPACK, JANE A<br><br>Debtor(s) | § Case No. 09-17118<br>§<br>§<br>§ |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $339,435.75 | Assets Exempt:  $98,135.75 |
| Total Distribution to Claimants: $23,105.81 | Claims Discharged<br>Without Payment: $318,069.73 |
| Total Expenses of Administration: $36,897.55 | |

    3) Total gross receipts of $ 75,003.36 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $60,003.36 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $252,489.00 | $8,500.00 | $8,500.00 | $8,500.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 36,897.65 | 36,897.55 | 36,897.55 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 326,636.62 | 282,424.69 | 282,424.69 | 14,605.81 |
| **TOTAL DISBURSEMENTS** | $579,125.62 | $327,822.34 | $327,822.24 | $60,003.36 |

    4) This case was originally filed under Chapter 7 on May 11, 2009.
. The case was pending for 13 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/01/2010          By: /s/RICHARD M. FOGEL
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Other personal property of any kind-PI suit | 1142-000 | 75,000.00 |
| Interest Income | 1270-000 | 3.36 |
| **TOTAL GROSS RECEIPTS** | | **$75,003.36** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Batholomew Klopack | Personal injury exemption claim per o/c 12-23-09 | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| (blank name) | 4110-000 | 154,732.00 | N/A | N/A | 0.00 |
| (blank name) | 4110-000 | 97,757.00 | N/A | N/A | 0.00 |
| The Rawlings Company | 4220-000 | N/A | 8,500.00 | 8,500.00 | 8,500.00 |
| **TOTAL SECURED CLAIMS** | | **$252,489.00** | **$8,500.00** | **$8,500.00** | **$8,500.00** |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 6,250.17 | 6,250.07 | 6,250.07 |
| RICHARD M. FOGEL | 2200-000 | N/A | 36.68 | 36.68 | 36.68 |
| Steven A. Stein | 3210-600 | N/A | 30,000.00 | 30,000.00 | 30,000.00 |
| Steven A. Stein | 3420-590 | N/A | 610.80 | 610.80 | 610.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 36,897.65 | 36,897.55 | 36,897.55 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Wells Fargo Bank, N.A. | 7100-000 | 85,428.04 | 87,007.09 | 87,007.09 | 4,499.65 |
| Advanta Bank Corp | 7100-000 | 21,291.00 | 21,977.30 | 21,977.30 | 1,136.57 |
| PYOD LLC its successors and assigns | 7100-000 | 6,137.81 | 6,289.89 | 6,289.89 | 325.29 |
| American Express Centurion Bank | 7100-000 | 3,693.00 | 3,787.13 | 3,787.13 | 195.85 |
| American Express Bank FSB | 7100-000 | 9,087.94 | 9,087.94 | 9,087.94 | 469.99 |
| Chase Bank USA NA | 7100-000 | 36,073.66 | 38,058.16 | 38,058.16 | 1,968.21 |
| Chase Bank USA, N.A. | 7100-000 | 25,058.00 | 25,380.72 | 25,380.72 | 1,312.58 |
| Chase Bank USA, N.A. | 7100-000 | 1,078.00 | 1,134.70 | 1,134.70 | 58.68 |
| Chase Bank USA, N.A. | 7100-000 | 2,944.00 | 3,021.61 | 3,021.61 | 156.26 |
| Chase Bank USA, N.A. | 7100-000 | 4,210.00 | 4,249.49 | 4,249.49 | 219.77 |
| MBF Leasing LLC | 7100-000 | N/A | 719.10 | 719.10 | 37.19 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 13,975.00 | 14,302.24 | 14,302.24 | 739.65 |
| Manheim Automotive Financial Services, Inc. | 7100-000 | 67,409.32 | 67,409.32 | 67,409.32 | 3,486.12 |
| Capital One, N.a. | 7100-000 | 3,322.00 | N/A | N/A | 0.00 |
| Citi | 7100-000 | 6,103.00 | N/A | N/A | 0.00 |
| Capital One Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| Nicor Gas | 7100-000 | 58.00 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 22,808.21 | N/A | N/A | 0.00 |
| Shell | 7100-000 | 460.01 | N/A | N/A | 0.00 |
| Stein & Cherney Ltd. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Capital 1 Bank | 7100-000 | 13,786.00 | N/A | N/A | 0.00 |
| Speedway Super America | 7100-000 | 20.63 | N/A | N/A | 0.00 |
| American Express c/o Becket and Lee | 7100-000 | 3,693.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 326,636.62 | 282,424.69 | 282,424.69 | 14,605.81 |

**UST Form 101-7-TDR (9/1/2009)**

**UST Form 101-7-TDR (9/1/2009)**

Case 09-17118    Doc 39    Filed 06/21/10    Entered 06/21/10 06:56:04    Desc Main
Document      Page 7 of 13

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-17118  **Trustee:** (330720) RICHARD M. FOGEL
**Case Name:** KLOPACK, BARTHOLOMEW  **Filed (f) or Converted (c):** 05/11/09 (f)
KLOPACK, JANE A  **§341(a) Meeting Date:** 06/23/09
**Period Ending:** 06/01/10  **Claims Bar Date:** 10/23/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 18140 Lakeshore, Orland Park, IL 60467 | 290,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | Financial accounts, financial institution shares | 2,700.00 | Unknown | | 0.00 | Unknown |
| 3 | Financial accounts, financial institution shares | 1,000.00 | Unknown | | 0.00 | Unknown |
| 4 | Household goods and furnishings | 1,500.00 | 0.00 | DA | 0.00 | 0.00 |
| 5 | Wearing apparel | 1,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 6 | Furs and jewelry | 1,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | Interests in insurance policies | 640.10 | 0.00 | DA | 0.00 | 0.00 |
| 8 | Annuities | 20,728.40 | 0.00 | DA | 0.00 | 0.00 |
| 9 | Annuities | 17,943.00 | 0.00 | DA | 0.00 | 0.00 |
| 10 | Annuities | 5,461.03 | 0.00 | DA | 0.00 | 0.00 |
| 11 | Stock and interests in businesses | 863.22 | 0.00 | DA | 0.00 | 0.00 |
| 12 | Office equipment, furnishings, and supplies | 300.00 | 0.00 | DA | 0.00 | 0.00 |
| 13 | Other personal property of any kind-PI suit | Unknown | Unknown | | 75,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 3.36 | Unknown |
| **14** | **Assets**  Totals (Excluding unknown values) | **$343,135.75** | **$0.00** | | **$75,003.36** | **$0.00** |

**Major Activities Affecting Case Closing:**

Preparation of final report

**Initial Projected Date Of Final Report (TFR):**   December 31, 2011   **Current Projected Date Of Final Report (TFR):**   April 30, 2010

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-17118 | | **Trustee:** | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| **Case Name:** | KLOPACK, BARTHOLOMEW | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | KLOPACK, JANE A | | **Account:** | ***-*****34-65 - Money Market Account |
| **Taxpayer ID #:** | **-***0670 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 06/01/10 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/06/10 | {13} | BROADSPIRE SERVICES, INC. f/b/o | Settlement of personal injury action per o/c 12-23-09 | 1142-000 | 75,000.00 | | 75,000.00 |
| 01/06/10 | {13} | BROADSPIRE SERVICES, INC. f/b/o | Settlement of personal injury action per o/c 12-23-09 | 1142-000 | 75,000.00 | | 150,000.00 |
| 01/06/10 | {13} | BROADSPIRE SERVICES, INC. f/b/o | Reversed Deposit 100001 1 Settlement of personal injury action per o/c 12-23-09 | 1142-000 | -75,000.00 | | 75,000.00 |
| 01/08/10 | | To Account #********3466 | Account Transfer | 9999-000 | | 23,500.00 | 51,500.00 |
| 01/08/10 | 1001 | Steven A. Stein | Attorneys fees and expenses per o/c 12-23-09 | | | 30,610.80 | 20,889.20 |
| | | | 30,000.00 | 3210-600 | | | 20,889.20 |
| | | | 610.80 | 3420-590 | | | 20,889.20 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.62 | | 20,889.82 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.79 | | 20,890.61 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.93 | | 20,891.54 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.14 | | 20,891.68 |
| 04/06/10 | | Wire out to BNYM account 9200******3465 | Wire out to BNYM account 9200******3465 | 9999-000 | -20,891.68 | | 0.00 |

|  | ACCOUNT TOTALS | 54,110.80 | 54,110.80 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers | -20,891.68 | 23,500.00 | |
| | **Subtotal** | 75,002.48 | 30,610.80 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$75,002.48** | **$30,610.80** | |

{} Asset reference(s)

Printed: 06/01/2010 04:26 PM   V.12.08

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-17118  
**Case Name:** KLOPACK, BARTHOLOMEW  
KLOPACK, JANE A  
**Taxpayer ID #:** **-***0670  
**Period Ending:** 06/01/10

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****34-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/08/10 | | From Account #********3465 | Account Transfer | 9999-000 | 23,500.00 | | 23,500.00 |
| 01/11/10 | 101 | The Rawlings Company | Settlement of lien claim per o/c 12-23-09<br>Stopped on 01/27/10 | 4220-000 | | 8,500.00 | 15,000.00 |
| 01/11/10 | 102 | Batholomew Klopack | Personal injury exemption claim per o/c 12-23-09 | 8100-002 | | 15,000.00 | 0.00 |
| 01/27/10 | 101 | The Rawlings Company | Settlement of lien claim per o/c 12-23-09<br>Stopped: check issued on 01/11/10 | 4220-000 | | -8,500.00 | 8,500.00 |
| 02/02/10 | 103 | The Rawlings Company | Settlement of lien claim per o/c 12-23-09 | 4220-000 | | 8,500.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 23,500.00 | 23,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 23,500.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 23,500.00 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $8,500.00 | |

{} Asset reference(s)

Printed: 06/01/2010 04:26 PM    V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 09-17118 | | **Trustee:** | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| **Case Name:** | KLOPACK, BARTHOLOMEW | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | KLOPACK, JANE A | | **Account:** | ***-*****34-67 - Money Market Account |
| **Taxpayer ID #:** | **-***0670 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 06/01/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)                                                                                                      Printed: 06/01/2010 04:26 PM    V.12.08

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-17118 | **Trustee:** RICHARD M. FOGEL (330720) |
| **Case Name:** KLOPACK, BARTHOLOMEW / KLOPACK, JANE A | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******34-65 - Money Market Account |
| **Taxpayer ID #:** **-***0670 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 06/01/10 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3465 | Wire in from JPMorgan Chase Bank, N.A. account ********3465 | 9999-000 | 20,891.68 | | 20,891.68 |
| 04/28/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.88 | | 20,892.56 |
| 04/28/10 | | To Account #9200******3466 | Close account and transfer for final distributions | 9999-000 | | 20,892.56 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 20,892.56 | 20,892.56 | $0.00 |
| | | | Less: Bank Transfers | | 20,891.68 | 20,892.56 | |
| | | | **Subtotal** | | 0.88 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.88** | **$0.00** | |

{} Asset reference(s)                                                                                         Printed: 06/01/2010 04:26 PM    V.12.08

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 09-17118 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | KLOPACK, BARTHOLOMEW | | Bank Name: | The Bank of New York Mellon |
| | KLOPACK, JANE A | | Account: | 9200-******34-66 - Checking Account |
| Taxpayer ID #: | **-***0670 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/01/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/28/10 | | From Account #9200******3465 | Close account and transfer for final distributions | 9999-000 | 20,892.56 | | 20,892.56 |
| 04/29/10 | 10104 | Wells Fargo Bank, N.A. | First and final dividend (5.2%) on allowed unsecured non-priority Chapter 7 claim(s) | 7100-000 | | 4,499.65 | 16,392.91 |
| 04/29/10 | 10105 | Advanta Bank Corp | First and final dividend (5.2%) on allowed unsecured non-priority Chapter 7 claim(s) | 7100-000 | | 1,136.57 | 15,256.34 |
| 04/29/10 | 10106 | PYOD LLC its successors and assigns | First and final dividend (5.2%) on allowed unsecured non-priority Chapter 7 claim(s) | 7100-000 | | 325.29 | 14,931.05 |
| 04/29/10 | 10107 | American Express Centurion Bank | First and final dividend (5.2%) on allowed unsecured non-priority Chapter 7 claim(s) | 7100-000 | | 195.85 | 14,735.20 |
| 04/29/10 | 10108 | American Express Bank FSB | First and final dividend (5.2%) on allowed unsecured non-priority Chapter 7 claim(s) | 7100-000 | | 469.99 | 14,265.21 |
| 04/29/10 | 10109 | Chase Bank USA NA | First and final dividend (5.2%) on allowed unsecured non-priority Chapter 7 claim(s) | 7100-000 | | 1,968.21 | 12,297.00 |
| 04/29/10 | 10110 | Chase Bank USA, N.A. | First and final dividend (5.2%) on allowed unsecured non-priority Chapter 7 claim(s) | 7100-000 | | 1,312.58 | 10,984.42 |
| 04/29/10 | 10111 | Chase Bank USA, N.A. | First and final dividend (5.2%) on allowed unsecured non-priority Chapter 7 claim(s) | 7100-000 | | 58.68 | 10,925.74 |
| 04/29/10 | 10112 | Chase Bank USA, N.A. | First and final dividend (5.2%) on allowed unsecured non-priority Chapter 7 claim(s) | 7100-000 | | 156.26 | 10,769.48 |
| 04/29/10 | 10113 | Chase Bank USA, N.A. | First and final dividend (5.2%) on allowed unsecured non-priority Chapter 7 claim(s) | 7100-000 | | 219.77 | 10,549.71 |
| 04/29/10 | 10114 | MBF Leasing LLC | First and final dividend (5.2%) on allowed unsecured non-priority Chapter 7 claim(s) | 7100-000 | | 37.19 | 10,512.52 |
| 04/29/10 | 10115 | FIA CARD SERVICES, NA/BANK OF AMERICA | First and final dividend (5.2%) on allowed unsecured non-priority Chapter 7 claim(s) | 7100-000 | | 739.65 | 9,772.87 |
| 04/29/10 | 10116 | Manheim Automotive Financial Services, Inc. | First and final dividend (5.2%) on allowed unsecured non-priority Chapter 7 claim(s) | 7100-000 | | 3,486.12 | 6,286.75 |
| 04/29/10 | 10117 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 6,286.75 | 0.00 |
| | | | Dividend paid 100.00%  6,250.07<br>on $6,250.07;  Claim# A;<br>Filed: $6,250.17 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%  36.68<br>on $36.68;  Claim# B;<br>Filed: $36.68 | 2200-000 | | | 0.00 |

Subtotals :   $20,892.56   $20,892.56

{} Asset reference(s)   Printed: 06/01/2010 04:26 PM   V.12.08

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-17118 | | **Trustee:** | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- | --- |
| **Case Name:** | KLOPACK, BARTHOLOMEW | | **Bank Name:** | The Bank of New York Mellon |
| | KLOPACK, JANE A | | **Account:** | 9200-******34-66 - Checking Account |
| **Taxpayer ID #:** | **-***0670 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 06/01/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | **ACCOUNT TOTALS** | | 20,892.56 | 20,892.56 | $0.00 |
| | | | Less: Bank Transfers | | 20,892.56 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 20,892.56 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $20,892.56 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **MMA # ***-*****34-65** | 75,002.48 | 30,610.80 | 0.00 |
| **Checking # ***-*****34-66** | 0.00 | 8,500.00 | 0.00 |
| **MMA # ***-*****34-67** | 0.00 | 0.00 | 0.00 |
| **MMA # 9200-******34-65** | 0.88 | 0.00 | 0.00 |
| **Checking # 9200-******34-66** | 0.00 | 20,892.56 | 0.00 |
| | $75,003.36 | $60,003.36 | $0.00 |

{} Asset reference(s)                                                                 Printed: 06/01/2010 04:26 PM    V.12.08